DWB
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 25-mj-335 (DJF) |
| v. | **FILED UNDER SEAL PURSUANT TO 18 U.S.C. § 3509(d)(2) AND LOCAL RULE 49.1(c)(1)(G)** |
| TIMOTHY RYAN GREGG | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, states the following is true and correct to the best of my knowledge and belief. From in or about February 2025 through in or about May 2025, in the State and District of Minnesota, TIMOTHY RYAN GREGG attempted and actually employed, used, persuaded, induced, enticed and coerced a victim to take part in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, such victim was a minor, and GREGG knew or had reason to know that such visual depiction either was produced using materials that had been mailed, shipped, or transported across state lines or in foreign commerce by any means or that it would be mailed or transported across state lines or in foreign commerce, all in violation of 18 U.S.C. § 2251(a) and (e).

I further state that I am an FBI Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Complainant's signature

Tracee Mergen
FBI
Printed name and title

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime/Zoom and
email) pursuant to Fed. R. Crim. P. 41(d)(3).

Date: June 2, 2025

City and State: Minneapolis, MN

_____
Judge's Signature

The Honorable Dulce J. Foster
United States Magistrate Judge
Printed Name and Title